IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUDEN, LLC,<br><br>        Plaintiff,<br>   v.<br><br>BILLY MARTIN, and MARY MARTIN,<br><br>        Defendant.<br>_____/ | No. C 12-04548 RS<br><br>**ADMINISTRATIVE ORDER RE: MOTION TO REMAND, APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*, AND *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME** |

    Good cause appearing, the motions to proceed *in forma pauperis* are hereby granted. Plaintiff's motion to remand, originally noticed before the Magistrate Judge to whom this case was initially assigned, will be taken under submission without oral argument, pursuant to N.D. Cal. Local Rule 7-1(b). Plaintiff's *ex parte* application for order shortening time is also granted. Defendants may, if they so elect, file an opposition brief to the motion to remand by October 15, 2012. Plaintiff may file a reply brief by October 17, 2012.

    IT IS SO ORDERED.

Dated: 10/9/12

                              RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE